**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JOSEPH F. GEORGE
JANET M. GEORGE
    Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:15-21211

Chapter 13

Related to Dkt. No. 141

FILED
9/18/19 8:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this 18th Day of September, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21211-GLT
Joseph F. George                                                          Chapter 13
Janet M. George
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil             Page 1 of 2           Date Rcvd: Sep 18, 2019
                            Form ID: pdf900        Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db/jdb         +Joseph F. George,    Janet M. George,    1041,   Girard Road,    Pittsburgh, PA 15227-1349
cr              American Honda Finance Corporation d/b/a Honda Fin,    PO Box 168088,    Irving, TX  75016-8088
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +JPMorgan Chase Bank, National Association,    Chase Records Ctr. Attn: Corr. Mail,
                 Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
14065683       +Borough of Whitehall,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14065684       +Borough of Whitehall/Baldwin-Whitehall SD,   c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14024838       +Bryant State Bank,    Box 5161,   Sioux Falls, SD 57117-5161
14087297       +Cavalry SPV I, LLC,    Assignee of Capital One Bank USA, N.A.,    Bass & Associates, P.C.,
                 3936 E Ft. Lowell Road Suite #200,   Tucson, AZ 85712-1083
14024840       +Chase,   Box 24696,    Columbus, OH 43224-0696
14088093        JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail code LA4-5555, 700 Kansas Lane,    Monroe, LA 71203
14966688       +MidFirst Bank,    Bankruptcy Department,   999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
15074083       +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 19 2019 03:18:49
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14043852        E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 19 2019 03:28:25
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
14024839       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 03:18:40    Capital One,
                 Box 30285,   Salt Lake City, UT 84130-0285
14076069       +E-mail/Text: bankruptcy@cavps.com Sep 19 2019 03:28:37    Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14024841       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 19 2019 03:18:51    Credit One Bank,
                 Box 60500,   City of Industry, CA 91716-0500
14091925        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:21:46    LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14024843       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 19 2019 03:27:21    Marathon Visa,
                 Box 659584,   San Antonio, TX 78265-9584
14091924        E-mail/Text: bkr@cardworks.com Sep 19 2019 03:26:44    Merrick Bank,
                 c/o Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14024844       +E-mail/Text: bkr@cardworks.com Sep 19 2019 03:26:44    Merrick Bank,    Box 30537,
                 Tampa, FL 33630-3537
14093031        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 03:38:51
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14024845       +E-mail/Text: bankruptcy@prosper.com Sep 19 2019 03:28:51    Prosper,    101 Second St,
                 San Francisco, CA 94105-3672
14060122        E-mail/Text: bnc-quantum@quantum3group.com Sep 19 2019 03:27:28
                 Quantum3 Group LLC as agent for,   Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14030615        E-mail/PDF: rmscedi@recoverycorp.com Sep 19 2019 03:20:09
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14024846       +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:21:27    Walmart,    Box 530927,
                 Atlanta, GA 30353-0927
14024847       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 19 2019 03:27:21    Woman Within,    Box 659728,
                 San Antonio, TX 78265-9728
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Baldwin-Whitehall School District
cr              Borough of Whitehall
cr              Duquesne Light Company
cr*            +MidFirst Bank,    Bankruptcy Department,   999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
14024842*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: Honda Financial,    Box 65507,   Wilmington, DE 19808)
                                                                                                TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: bsil            Page 2 of 2             Date Rcvd: Sep 18, 2019
                              Form ID: pdf900       Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              Brad L. Hamric     on behalf of Debtor Joseph F. George hamriclaw@comcast.net
              Brad L. Hamric     on behalf of Joint Debtor Janet M. George hamriclaw@comcast.net
              James  Warmbrodt     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Baldwin-Whitehall School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              LeeAne O. Huggins    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
               Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 12
```